FILED 9 MAY '12 15:40 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**UNDER SEAL**

UNITED STATES OF AMERICA

v.

DWAYNE JAMAL HUBBARD (a.k.a. "Dui"),

Defendant.

Case No. 3:12-cr-00243-BR

INDICTMENT

18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(2)
18 U.S.C. §§ 1594(a) and (c)
18 U.S.C. §§ 2, 2422(b), 2428

**\*\*UNDER SEAL\*\***

THE GRAND JURY CHARGES:

### COUNT 1
### Sex Trafficking of a Child
### 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(2), 1594(a)

Beginning about January 2012, and continuing through about March 2012, in the District of Oregon and State of Washington, defendant **DWAYNE JAMAL HUBBARD**, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a female person known as "N.C.B."; and did benefit, financially or by receiving anything of value, from participation in a venture engaged in the recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person known as "N.C.B.", while knowing, and in reckless disregard of the fact that, "N.C.B." had not attained the age of 18 years and would be caused to engage in a commercial sex act; all in violation of Title 18, United States Code, Sections 2, 1591(a)(1), (a)(2) and (b)(2), and 1594(a) and (c).

### COUNT 2
### Coercion and Enticement
### 18 U.S.C. § 2422(b)

On or between January 1, 2012 and March 15, 2012, in the District of Oregon, defendant **DWAYNE JAMAL HUBBARD** did use facilities of interstate and foreign commerce, that is,

the internet and a cellular phone, to knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense, that is Compelling Prostitution (Oregon Rev. Statute 167.017), Promoting Prostitution (Oregon Rev. Statute 167.012), and Prostitution (Oregon Rev. Statute 167.007), all in violation of Title 18, United States Code, Sections 2422(b) and 2.

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the offenses set forth in Counts 1 and 2 herein, defendant **DWAYNE JAMAL HUBBARD** shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations

DATED this ___8___ day of May 2012.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

_____
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney

Page 2 - INDICTMENT, *U.S. v. Hubbard*