FILED 15 MAY '12 09:55 USDC-ORP

RECVD 15 MAY '12 09:41 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-CR-00243-BR |
| v. | ORDER TO UNSEAL |
| DWAYNE JAMAL HUBBARD | |
| Defendants. | |

The Court, having reviewed the motion of the United States of America and being fully advised in the premises:

IT IS HEREBY ORDERED that the indictment be unsealed.

DATED this 15th day of May 2012.

_____
The Honorable Dennis J. Hubel
UNITED STATES MAGISTRATE JUDGE

Presented by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon

_____
LEAH K. BOLSTAD, OSB #05203
Assistant United States Attorney

5/15
unseal case per Leah Bolstad