Noel Grefenson
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com

Attorney for Dwayne Jamal Hubbard

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No.: 3:12-cr-00243-BR |
|---|---|
| Plaintiff, | DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO CONTINUE TRIAL |
| vs. | |
| DWAYNE JAMAL HUBBARD, | |
| Defendant. | |

Under the penalty of perjury of the laws of the United States of America, I, Noel Grefenson, declare that the following facts are true and correct to the best of my knowledge and belief:

1. I am counsel for Dwayne Jamal Hubbard who is charged with Sex Trafficking of a Child, Coercion and Enticement.

2. This matter is scheduled for trial on July 10, 2012.

3. Mr. Hubbard is incarcerated at the Columbia County Jail.

4. I have received discovery materials in this case which details the alleged incident giving rise to Mr. Hubbard's criminal charges. I am continuing to review those materials.

1- DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO CONTINUE TRIAL

Noel Grefenson
Attorney at Law
1415 Liberty Street South
Salem, Oregon 97302
(503) 371-1700
Ngrefenson@aol.com

5. I have retained an investigator to locate and interview percipient witnesses who may have information relevant to Mr. Hubbard's defense. This investigation is ongoing and will not be complete before the presently scheduled July 10, 2012 trial date.

6. I require additional time to research possible defenses which might be available in this matter.

7. I have personally discussed with Mr. Hubbard his rights under the Speedy Trial Act. Mr. Hubbard agrees that a continuance of the scheduled trial date is reasonable and necessary.

8. I believe a continuance of 90 days is reasonable and necessary considering the nature and circumstances of the underlying charges and my recent appointment as substitute counsel for defendant.

9. Under Penalty of Perjury of the Laws of the United States, I declare that the foregoing factual representations are true and correct to the best of my knowledge and belief.

. Dated: July 5, 2012.

/s/ Noel Grefenson
Noel Grefenson, OSB No. 88216
Attorney for Defendant

2- DECLARATION OF NOEL GREFENSON IN SUPPORT OF MOTION TO CONTINUE TRIAL

Noel Grefenson
Attorney at Law
1415 Liberty Street South
Salem, Oregon 97302
(503) 371-1700
Ngrefenson@aol.com